UNITED STATES of America, Plaintiff–Appellee,

v.

Vera Etta BAKER, Defendant–Appellant.

No. 08–6649.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 22, 2008.

Vera Etta Baker, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vera Etta Baker appeals the district court's order denying her motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we find the district court did not abuse its discretion in denying the motion. *See United States v. Goines*, 357 F.3d 469, 478 (4th Cir.2004) (motion under § 3582(c) "is subject to the discretion of the district court"); *United*

*States v. Legree,* 205 F.3d 724, 727 (4th Cir.2000). Thus, we affirm the district court's order for the reasons stated there. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*